UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLOGIS LIMITED PARTNERSHIP I, formerly known as Sci Limited Partnership-I,<br><br>            Plaintiff,<br>   v.<br><br>DOOR-TO-DOOR STORAGE, INC.,<br><br>            Defendant.<br>_____/ | No. C 11-1541 SI<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND CONFIRMING MEDIATION SCHEDULE** |

The parties have filed a Joint Case Management Statement (Dkt. 16), reflecting their joint agreement to engage in private mediation prior to commencement of initial disclosures, formal discovery or pretrial scheduling. The Court concurs in this decision, and finds that the parties will be spared unnecessary legal expenses if the initial Case Management Conference now scheduled for July 8, 2011 is postponed until after the private mediation is accomplished. Accordingly, the Court *sua sponte* CONTINUES the initial Case Management Conference from July 8, 2011 until **Friday, October 7, 2011 at 2:30 p.m.**

In accordance with the undertakings in their Joint Case Management Statement, the parties are ORDERED to select a mediator no later than July 15, 2011, and to use commercially reasonable efforts to schedule a mediation session no later than September 30, 2011.

Dated: July 7, 2011

                                                                                          _____
                                                                                          SUSAN ILLSTON
                                                                                          United States District Judge