**PAHL & McCAY**
A Professional Corporation
**Sarahann Shapiro, Esq.** (State Bar No. 157122)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Plaintiff
PROLOGIS LIMITED PARTNERSHIP I

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROLOGIS LIMITED PARTNERSHIP I, formerly known as Sci Limited Partnership-I,<br><br>Plaintiff,<br><br>vs.<br><br>DOOR-TO-DOOR STORAGE, INC.,<br><br>Defendant. | Case No. **3:11-cv-01541-SI**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>ORDER [Proposed]<br><br>Assigned to: Hon. Susan Ilston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br><br>Action Filed: March 30, 2011<br>Trial Date: TBA |

    The parties in the above-captioned matter were successful in reaching an agreement as to terms for a settlement at mediation. The parties are in the midst of preparing formal settlement documentation encompassing the terms acceptable to all parties.

    Under the terms of the settlement, payments would be made in October, November and December, and, if all payments are paid in full and on time, this matter would be dismissed.

    The parties therefore request that the Case Management Conference currently set for October 7, 2011, be continued to a date in January 2012, so that the formal settlement documentation may be completed, the payments made and the matter dismissed prior to any need

///

///

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2956-065 Fed.
00233011.DOC

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE    (Case No. 3:2011-CV-01541)

for a further appearance on the part of counsel.

DATED: October 5, 2011            TERRELL MARSHALL & DAUDT

By: _____
Michael D. Daudt
Attorneys for Defendant
DOOR-TO-DOOR STORAGE, INC.

DATED: October 5, 2011            PAHL & McCAY
A Professional Law Corporation

By: _____
Sarahann Shapiro
Attorneys for Plaintiff
PROLOGIS LIMITED PARTNERSHIP I

## ORDER

Based on the statements of the parties and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Case Management Conference currently set for October 7, 2011, is hereby continued to January 13, 2012, at 2:30 p.m., in this Department.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 10/5/11

_____
Honorable Susan Ilston
Judge of the United States District Court
Northern District of California

Pahl & McCay
A Professional Corp
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2956-065 Fed.
00233011.DOC