PAHL & McCAY
A Professional Corporation
**Sarahann Shapiro, Esq.** (State Bar No. 157122)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Plaintiff
PROLOGIS LIMITED PARTNERSHIP I

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PROLOGIS LIMITED PARTNERSHIP I, formerly known as Sci Limited Partnership-I<br><br>Plaintiff,<br><br>v.<br><br>DOOR TO DOOR STORAGE, INC.<br><br>Defendants. | Case No. 3:2011-cv-01541<br><br>**STIPULATION TO DISMISS**<br><br>ORDER [Proposed]<br><br>(F.R.C.P. Rule 41(a)(1))<br><br>Assigned to: Hon. Susan Ilston<br>Courtroom 10<br>Action Filed: March 30, 2011<br>Trial Date: TBA |

The parties in the above captioned action, by and through their counsel of record herein hereby stipulate that this entire action, including Plaintiff's Complaint and Defendant's Counterclaims, be dismissed with prejudice with respect to all parties, pursuant to F.R.C.P. Rule 41(a)(1). The parties further stipulate that they do not make any admission as to any wrongdoing, liability or damage in this action.

Respectfully Submitted,

DATED: December 16, 2011       TERRELL MARSHALL & DAUDT

By: /s/ Michael D. Daudt
Michael D. Daudt
Attorneys for Defendant
DOOR TO DOOR STORAGE, INC.

---

STIPULATION TO DISMISS; ORDER        1        (Case No. 3:2011-cv-01541)

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2956-065
00239824.WPD

1  DATED: December 16, 2011     PAHL & McCAY
                                A Professional Corporation

2

3                               By: /s/ Sarahann Shapiro
4                               Sarahann Shapiro
                                Attorneys for Plaintiff
5                               PROLOGIS LIMITED PARTNERSHIP I,
                                formerly known as Sci Limited Partnership-I
6

7                    **ORDER BY THE COURT [Proposed]**

8       Pursuant to the parties' request, and for good cause shown, this matter is hereby

9  dismissed with prejudice as to all parties.

10      **IT IS SO ORDERED.**

11

12 Date:   12/23/11                    /s/ Susan Illston

13                                     _____
                                       Honorable Susan Illston
14                                     United States District Judge

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2956-065
00239824.WPD

STIPULATION TO DISMISS; ORDER                2                    (Case No. 3:2011-cv-01541)